Opinion issued November 15, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00585-CV






TEXAS SCOOTERS, INC. D/B/A TEXAS MEDICAL AND MOBILITY, 
Appellant


V.


KIRIT DESAI, Appellee






On Appeal from the County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 862195






MEMORANDUM OPINION Appellant has neither established indigence, nor paid all the required fees. See
Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1
(listing requirements for establishing indigence); see also Tex. Gov't Code Ann. §§
51.207, 51.941(a), 101.041 (Vernon 2006) (listing fees in court of appeals); Fees Civ.
Cases B(1), (3) (listing fees in court of appeals). After being notified that this appeal
was subject to dismissal, appellant Texas Scooters, Inc. d/b/a Texas Medical and
Mobility did not adequately respond. See Tex. R. App. P. 5 (allowing enforcement
of rule); 42.3(c) (allowing involuntary dismissal of case).

 The appeal is dismissed for nonpayment of all required fees. All pending
motions are denied.

PER CURIAM

Panel consists of Justices Taft, Hanks, and Higley.